# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**R.P. and C.F.,**

      **Plaintiffs,**

**vs.**                                                                                          **Case No. 18-cv-1051-KWR-KK**

**THE SANTA FE PUBLIC SCHOOLS,**
**and GARY F. GREGOR, in his individual capacity,**

      **Defendants.**

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATIONS OF EXHIBITS TO PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES

      **THIS MATTER** comes before the Court on Plaintiffs' Unopposed Motion for Extension of Page Limitations of Exhibits to Plaintiffs' Omnibus Response to Defendants' Motions to Exclude Plaintiffs' Expert Witnesses.   The Court having reviewed the motion and the pleadings and being fully advised therein, find the Motion is **WELL-TAKEN** and should be **GRANTED.**

      Accordingly, the Court further **FINDS AND ORDERS:**

1. Plaintiffs are granted a total of 300 pages for the exhibits to their proposed Omnibus *Daubert* Response.

2. Plaintiffs' exhibits to their Omnibus *Daubert* Response will be filed under seal.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

*/s/ Carolyn M. "Cammie" Nichols*
CAROLYN M. "CAMMIE" NICHOLS
ALICIA C. LOPEZ
MAGGIE H. LANE
*cmnichols@rothsteinlaw.com*
*alopez@rothsteinlaw.com*
*mhlane@rothsteinlaw.com*
*Attorneys for Plaintiff*

**APPROVED AS TO FORM:**

*/s/ Martin R. Esquivel via email 10/30/20*
Martin R. Esquivel
Katherine A. Howington
mesquivel@esqlawnm.com
khowington@esqlawnm.com
*Attorneys for Gary F. Gregor*

*/s/ Jerry A. Walz via email 10/30/20*
Jerry A. Walz
jerryawalz@walzandassociates.com
*Attorney for Espanola Public Schools and Ruby E. Montoya*