IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**R.P. and C.F.,**

    **Plaintiffs,**

**vs.**                                                           **Case No. 1:18-cv-01051-KWR-KK**

**THE SANTA FE PUBLIC SCHOOLS,
and GARY F. GREGOR, in his individual capacity,**

    **Defendants.**

**ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO FILE
RESPONSES TO DEFENDANTS' UNDISPUTED MATERIAL FACTS [DOC. 139]
AND PRETRIAL MOTIONS [DOCS. 141, 142, 143, 144, and 145]**

**THIS MATTER** comes before the Court on Plaintiffs' *Unopposed Motion for Extension of Time to File Responses to Defendants' Undisputed Material Facts [Doc. 139] and Pretrial Motions [Docs. 141, 142, 143, 144, and 145]*. The Court having reviewed the motion and the pleadings and being fully advised therein, finds the Motion is **WELL-TAKEN** and **GRANTED**. Accordingly, the Court further **FINDS** and **ORDERS**:

1. Plaintiffs are permitted one additional day, through November 13, 2020, to file their responses to Defendants' undisputed material facts [Doc. 139], Defendants' summary judgment motions, and Defendants' motion to bifurcate [Docs. 141, 142, 143, 144 and 145].

    **IT IS SO ORDERED.**


KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

*/s/ Carolyn M. "Cammie" Nichols 11/12/20*
ALICIA C. LOPEZ
MAGGIE H. LANE
CAROLYN M. "CAMMIE" NICHOLS
*cmnichols@rothsteinlaw.com*
*alopez@rothsteinlaw.com*
*mhlane@rothsteinlaw.com*
*Attorneys for Plaintiff*

**APPROVED AS TO FORM:**

*/s/ Martin R. Esquivel via email 11/12/20*
Martin R. Esquivel
Katherine A. Howington
*mesquivel@esqlawnm.com*
*khowington@esqlawnm.com*
*Attorneys for Gary F. Gregor*

*/s/ Jerry A. Walz via email 11/12/20*
Jerry A. Walz
*jerryawalz@walzandassociates.com*
*Attorney for Santa Fe Public Schools*