## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

R.P. and C.F.,

    Plaintiffs,

v.                                                  Case No. 1:18-cv-01051-KWR-KK

THE SANTA FE PUBLIC SCHOOLS;
GARY F. GREGOR, in his individual capacity;

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS TO PLAINTIFFS' RESPONSES
## [DOCS. 158, 159, 167, 168, 169, 170, 171, 172, 173]

**THIS MATTER** comes before the Court on Defendants' *Unopposed Motion for Extension of Time to File Reply Briefs to Plaintiffs' Responses [Docs. 158, 159, 167, 168, 169, 170, 171, 172, 173]*. The Court having reviewed the motion and the pleadings and being fully advised therein, find the Motion is **WELL-TAKEN** and **GRANTED.** Accordingly, the Court further **FINDS** and **ORDERS:**

1. Defendants are allowed until January 29, 2021 to file replies to Plaintiffs' Responses [Docs. 158, 159, 167, 168, 169, 170, 171, 172, and 173] and any motions to strike or other motions as may be appropriate.

2. Plaintiffs are allowed until February 26, 2021, to file responses to any motions to strike or other motions that may be filed by Defendants.

3. Defendants are allowed until March 22, 2021, to file replies to any responses to any motions to strike or other motions that may be filed.

4. Defendants are allowed until March 22, 2021, to file a Notice of Completion of Briefing as to all matters before the Court.

IT IS SO ORDERED.



_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**APPROVED:**

**WALZ AND ASSOCIATES, P.C.**

*/s/ Jerry A. Walz*
_____
Jerry A. Walz, Esq.
*Attorney for Santa Fe Public Schools*
133 Eubank Blvd. NE
Albuquerque, NM 87123
Phone: 505-275-1800
jerryawalz@walzandassociates.com

**ESQUIVEL & HOWINGTON, LLC**

               */s/*
_____
MARTIN R. ESQUIVEL, ESQ.
KATHERINE A. HOWINGTON, ESQ.
*Attorneys for Defendant Gary F. Gregor*
111 Lomas NW, Suite 203
Albuquerque, NM 87102
(505) 933-6880
mesquivel@esqlawnm.com
khowington@esqlawnm.com

**ROTHSTEIN DONATELLI LLP**

               */s/*
_____
Carolyn M. "Cammie" Nichols
Attorney for Plaintiffs
500 4th St. NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
cmnichols@rothsteinlaw.com